ORDERED.

**Dated:  November 19, 2020**

*Caryl E. Delano*
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – FORT MYERS DIVISION

In Re:

ANDERSON SOTOMAYOR AND                    Case No. 9:20-bk-05838-FMD
CARMEN SOTOMAYOR,                         Chapter 7

_____Debtor._____ /

### ORDER GRANTING CHAPTER 7 TRUSTEE'S APPLICATION TO RETAIN BK GLOBAL REAL ESTATE SERVICES AND KELLER WILLIAMS MIDTOWN DIRECT

THIS CASE came before the Court, without hearing, upon the Application of Robert Tardif, the trustee in the above-captioned case ("Trustee"), to Retain BK Global Real Estate Services and Keller Williams Midtown Direct (Doc. No. 19) (the "Application"), and the Court having reviewed and considered the Application and the Affidavit of Disinterestedness and found the same to be in the best interest of the Debtor and creditors of the estate, and having found good and sufficient cause to grant the requested relief, the United States Bankruptcy Court for the Middle District of Florida the Court hereby finds as follows:

A. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157(b)(2).

B. Venue of this Chapter 7 case and the Application is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

C. Notice of the Application was adequate and proper under the circumstances.

D. BKRES and Listing Agent are disinterested persons within the meaning of Bankruptcy Code Section 101(14).

ACCORDINGLY, based upon the foregoing findings of fact, it is

**ORDERED** that the Application is hereby GRANTED

**IT IS FURTHER ORDERED** that the Application to Employ filed herein by the Chapter 7 Trustee is hereby approved and the Chapter 7 Trustee is hereby authorized to retain BK Global Real Estate Services and Keller Williams Midtown Direct, in this case and the compensation arrangements set forth in the listing agreement and this application, pursuant to Sections 327, 328(a) and 330 of the Bankruptcy Code are hereby approved but payment shall be upon further application and Order of this Court. Compensation will be determined later in accordance with 11 U.S.C. § 330.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Trustee, Robert E. Tardif Jr., is directed to serve a copy of this Order on interested parties and file a proof of service within 3 days of entry of the Order.