**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

| | |
|---|---|
| IN RE:<br><br>Anderson Sotomayor,<br>And Carmen M Sotomayor<br>  Debtor.<br>_____/ | CASE NO.:  2:20-bk-05838-FMD<br>CHAPTER 7 |

**LIMITED RESPONSE TO TRUSTEE'S MOTION TO SELL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS**

**COMES NOW**, NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Secured Creditor"), by and through undersigned counsel, hereby files its Limited Response to Trustee's Motion to Sell Property of the Estate Free and Clear of Liens ("Motion") (DE# **28**) and, in support thereof, states as follows:

1. Secured Creditor holds a first lien on the subject property located at 205 Hudson St, Phillipsburg, New Jersey 08865 (the "Property").

2. On May 17, 2021, Robert E Tardif, Jr. ("Trustee") filed a Trustee's Motion to Sell Property of the Estate Free and Clear of Liens for $71,000.00.

3. Secured Creditor has not yet consented to the short sale and preserves the right to object to anything less than a full payoff amount without consent.

4. Secured Creditor is filing its Response in an abundance of caution, as Secured Creditor wants it to be clear that it should not be compelled to participate in a sale of the property absent payment in full of Secured Creditor's mortgage lien on the real property without being given the right to credit bid pursuant to 11 U.S.C. § 363(k).

5. Furthermore, Secured Creditor requests that failure to complete any sale within 90-days of entry of this Order will result in any Order authorizing the sale to be deemed moot.

6. Secured Creditor reserves the right to supplement this response at or prior to any hearing on this matter.

**WHEREFORE,** Secured Creditor respectfully requests entry of an order in compliance with the above conditions and for such other and further relief as the Court deems just and proper.

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909

By: /s/Keith Labell
Keith Labell, Esq.
Email: klabell@raslg.com
FBN: 0109158

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 21, 2021, I caused to be electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and caused to be served a true and correct copy via CM/ECF or United States Mail to the following parties:

Anderson Sotomayor
Carmen M Sotomayor
aka Carmen Milagros Sotomayor
aka Carmen Torres
4056 Winkler Avenue, #206
Fort Myers, FL 33916

Robert S Cohen
Cohen & Kendziorra, P.A.
3049 Cleveland Avenue
Suite 272
Fort Myers, FL 33901

Robert E Tardif, Jr.
Post Office Box 2140
Fort Myers, FL 33902

U.S. Trustee
United States Trustee - FTM7/13
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

          Robertson, Anschutz, Schneid, Crane & Partners, PLLC
          Authorized Agent for Secured Creditor
          6409 Congress Ave., Suite 100
          Boca Raton, FL 33487
          Telephone: 561-241-6901
          Facsimile: 561-997-6909

          By: /s/Keith Labell
          Keith Labell, Esq.
          Email: klabell@raslg.com
          FBN: 0109158