IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re:
ANDERSON SOTOMAYOR
CARMEN M. SOTOMAYOR                Case No. 2:20-bk-05838-FMD

       Debtors
_____/

## TRUSTEE'S REPORT OF SALE

The undersigned Trustee of the estate of the above-named Debtors reports as follows:

1. On May 17, 2021, the Trustee filed a Motion to Sell Property of the Estate (205 Hudson Street, Phillipsburg, NJ 08865) for $71,000.00. After payment of closing costs, Trustee received net sales proceeds of $8,550.00.

2. On July 1, 2021, the Court entered an Order Granting the Motion to Sell Property of the Estate.

3. The Trustee has received the sales proceeds.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the Assistant U.S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602 this 14th day of July 2021.

                                               /s/ Robert E. Tardif Jr.
                                               Robert E. Tardif Jr., Trustee
                                               Post Office Box 2140
                                               Fort Myers, FL 33902
                                               (239) 362-2755
                                               (239) 362-2756 (facsimile)
                                               rtardif@comcast.net